```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x

UNITED STATES OF AMERICA

      -against-                              **O R D E R**

                                         20 Cr. 213 (MKV)

NAZEEM FRANCIS,

                Defendant.

-------------------------------------------------x

IT IS HEREBY ORDERED that the NEW YORK STATE DEPARTMENT OF CORRECTIONS/

FIVE POINTS CORRECTIONAL FACILITY is directed to coordinate and schedule a legal call for:

      NAZEEM FRANCIS (DOB 3/21/1999)
      Inmate # 19A1897
      NYSID # 13778202K
      FBI # 9C0P4CJWH

with BOBBI C. STERNHEIM, ESQ. at phone number 917-912-9698 on or before April 23, 2020

at 3:00 p.m.

Dated: April 17, 2020

                                                              SO ORDERED.

                                                              *Mary Kay Vyskocil*
                                                              _____
                                                              HONORABLE MARY K. VYSKOCIL
                                                              United States District Judge