UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/21
```

UNITED STATES OF AMERICA,

        -against-

NAZEEM FRANCIS,

        Defendant.

1:20-cr-00213 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge

    Change of Plea Hearing for Nazeem Francis is scheduled for 8/16/2021 at 9:00 AM before Judge Mary Kay Vyskocil.
    The hearing will take place in the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 18C.
    Interested parties may join telephonically by dialing 888 278-0296, using access code 5195844.

**SO ORDERED.**

**Date: August 11, 2021**

*/s/ Mary Kay Vyskocil*
MARY KAY VYSKOCIL
United States District Judge