UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/13/21
```

UNITED STATES OF AMERICA,

        -against-

NAZEEM FRANCIS,

        Defendants.

1:20-cr-00213 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge

    On a request by Defendant Nazeem Francis, the change of plea hearing scheduled for August 16, 2021 at 9:00AM is adjourned to August 19, 2021 at 12:00PM.

    The sentencing will be held in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. Interested parties may dial 888 278-0296 using access code 5195844 to listen remotely.

**SO ORDERED.**

**Date: August 13, 2021**

MARY KAY VYSKOCIL
United States District Judge